# CITY OF MEMPHIS
# DIVISION OF PUBLIC WORKS

## SANITARY SEWER COLLECTION SYSTEM
## CAPACITY, MANAGEMENT, OPERATION, AND MAINTENANCE PROGRAM REPORT

### 2008 UPDATE



ORIGINAL DOCUMENT PREPARED BY ADS ENVIRONMENTAL SERVICES, INC. AND CITY OF MEMPHIS

2008 UPDATE PREPARED BY CITY OF MEMPHIS

APRIL 2009

COM_014174

Exhibit "E"

# TABLE OF CONTENTS

1.0   INTRODUCTION.................................................................................1

2.0   SYSTEM DESCRIPTION....................................................................2

3.0   CAPACITY...........................................................................................3

4.0   MANAGEMENT..................................................................................4

5.0   OPERATION........................................................................................5

      5.1   INTRODUCTION
      5.2   COLLECTION
           5.2.1   Inspection
           5.2.2   Stoppage
           5.2.3   Repair
           5.2.4   Lift Stations
           5.2.5   Treatment Plants
           5.2.6   Hauled Waste
           5.2.7   Grease Trap Program

6.0   MAINTENANCE....................................................................................6

7.0   FINANCIAL INFORMATION..............................................................7

8.0   SUMMARY.............................................................................................8

## FIGURES

FIGURE 1      REPORTED SANITARY SEWER OVERFLOWS PER YEAR
FIGURE 2      MAINLINE REPAIRS PER YEAR
FIGURE 3      TOTAL OVERFLOW VOLUME PER YEAR
FIGURE 4      AVERAGE VOLUME PER OVERFLOW PER YEAR
FIGURE 5      NUMBER OF GREASE TRAP INSPECTIONS
FIGURE 6      ANNUAL VOLUME OF HAULED WASTE
FIGURE 8      PERCENT OF SEWER SYSTEM CLEANED PER YEAR
FIGURE 9      NUMBER OF MANHOLES REPAIRED

**Exhibit "E"**

# APPENDICES

APPENDIX I     STOPPAGE DEPARTMENT 2008 ANNUAL REPORT

APPENDIX II    ENVIRONMENTAL MAINTENANCE 2008 REPAIR SUMMARY

**Exhibit "E"**

# 1.0 INTRODUCTION

The Capacity Management, Operation, and Maintenance Plan (CMOM) for the City of Memphis was implemented in 2002 based upon the recommendations in a study done by ADS Consultants. The Plan and Report thereon is documented annually in this report compiled by the staff of the Environmental Maintenance Bureau of the Public Works Department. In years past the entire report has been amended to add the report for the subject year. This is the first report that adds the operations for the just finished year in a separate report. Those sections of the original document that remain constant can be reviewed in the master report. This document reports changes, modifications and operating results for calendar year 2008, only.

Highlights of the 2008 calendar year indicate that system capacity remains adequate based on the daily flow of wastewater treated at the wastewater treatment facilities. Operations of the environmental maintenance bureau continue to address sanitary sewer overflows (SSO) by promptly attending to stoppage complaints, inspecting the overall system, having an aggressive preventive maintenance program and a proactive contract cleaning program to alleviate SSO's. The Lift Station bureau, that handles the operation and maintenance of the sanitary sewage pump stations, has not reported any additional increases in flow through the lift stations. Modifications to the Big Orange Station are currently underway.

The Inspection and Stoppage groups were able to report a record low in the number of reportable SSO's. Although the reduction in month over month numbers was reported during the second half of 2007, the entire year of 2008 was significantly lower than any year previous. As mentioned in the 2007 Update, it is apparent that the data collected in the intensified inspection program and the addition of an easement machine (off road stoppage equipment) has allowed the cleaning of lines that were previously inaccessible for conventional stoppage trucks.

One measurement of the success of the CMOM Program can be determined by reviewing the trend line for the number of SSO's reported on an annual basis. This data is shown in Figure 1. This data shows that the number of reportable overflows has decreased from 1,379 in 1997 to 458 in 2008. The reduction was most significant during the first four years of the program and has shown two plateaus prior to the most recent reduction. Experience in the program has allowed and necessitated refinement to continue the downward trend. A second measurement of the programs success is a reduction in the quantity of wastewater produced during an overflow event. This quantity has also shown a significant downtrend since the inception of the Program. Figures 3 and 4 show this fact on an annualized basis.

**Exhibit "E"**

COM_014177

## 2.0 SYSTEM DESCRIPTION

The City of Memphis sanitary sewer system was partially funded by the United States Environmental Protection Agency under there Section 208 Regional Wastewater Treatment System Program. For that reason, the City system transports wastewater from neighboring communities to the 2 treatment facilities for treatment. The system therefore consists of approximately 3600 miles of sewer collection lines, 85,000 manholes, and 100 lift stations. The City is responsible for maintenance of lines that serve at least portions of the cities of Millington, Bartlett, Germantown, the unincorporated area of Shelby County, and a portion of northern Desoto County, Mississippi. The City has two treatment plants, the Maxson (South) Treatment Plant (90MGD) and the Stiles (North) Treatment Plant (135MGD). Each plant operates on its individual NPDES permit.

The CMOM program is administered by the Environmental Maintenance Bureau of the Public Works Department. The Treatment Plants, Flood Control, and Environmental Maintenance constitute the subdivisions charged with the coordinated effort to manage the collection and treatment of wastewater generated in the City. The treatment plants handle the treatment of the sewage. Lift Station manages the operation and maintenance of the lift stations. Environmental Maintenance provides the inspection, alleviation of stoppages, repair, and preventative maintenance of the gravity lines and force mains.

## 3.0 CAPACITY

The capacity of the City of Memphis wastewater collection and treatment system remains adequate for the quantity of wastewater produced. The capacity of both treatment plants are within their design parameters for both load and flow. During the flooding season of 2008 (late fall and winter) a failure in a section of the Wolf River Interceptor increased flow to the North Treatment Plant resulting in a period of excess flow to the facility. When the flood waters receded this failure was repaired and the flow returned to previous year daily levels. Portions of the outer Wolf River Interceptor System have been expanded to improve the collection system to the East. Additionally, the rehabilitation of all sections of the Wolf River Interceptor that Cross Interstate Highway 40 was completed using CIPP methods during 2008.