```
 1              UNITED STATES DISTRICT COURT
        FOR THE WESTERN DISTRICT OF TENNESSEE
 2                    WESTERN DIVISION

 3   ----------------------------------------------

 4   CITY OF MEMPHIS,            )
                                 )
            Plaintiff,           )
 5                               )
     VS.                         ) No.: 2:19-cv-02864-
 6                               )        MSN-cgc
     HORN LAKE CREEK BASIN       )
 7   INTERCEPTOR SEWER           )
     DISTRICT and DESOTO         )
 8   COUNTY, MISSISSIPPI,        )
                                 )
 9          Defendants.          )

10   ----------------------------------------------

11              THE 30(b)(6) DEPOSITION
12                        OF
13                  ROBERT KNECHT
14                  JUNE 17, 2021
```

ALPHA REPORTING CORPORATION
236 Adams Avenue
Memphis, Tennessee 38107
(901)523-8974
www.alphareporting.com

Page 1

**Exhibit "F"**

The 30(b)(6) deposition of ROBERT KNECHT, is
taken on this, the 17th day of June, 2021, on
behalf of the Defendants, pursuant to notice and
agreement, beginning at approximately 1:15 p.m.,
at Baker Donelson, 165 Madison Avenue, 20th
Floor, Memphis, Tennessee.
         This deposition is taken pursuant to the
terms and provisions of the Federal Rules of
Civil Procedure.
         All forms and formalities, excluding the
signature of the witness, are waived, and
objections alone as to matters of competency,
irrelevancy and immateriality of the testimony
are reserved to be presented and disposed of at
or before the hearing.

Alpha Reporting
A Veritext Company

800-556-8974
www.veritext.com

**Exhibit "F"**

```
 1   our jurisdiction, especially in Mississippi.  In
 2   Tennessee, because we have shared state sales
 3   tax, there is a benefit to serving other
 4   customers.
 5        Q.   So you weren't arguing that the district
 6   hasn't been paying Memphis for the treatment of
 7   its wastewater?
 8        A.   No.
 9        Q.   To your knowledge, has the district
10   always paid what it was asked to for treatment of
11   wastewater?
12        A.   Based on the calculation, yes.
13        Q.   The city's calculation of each annual
14   rate?
15        A.   Based on the contractual formula agreed
16   upon by the two entities.
17        Q.   To your knowledge, the district has
18   never missed a payment?
19        A.   No.  To my knowledge, they have always
20   paid on time.
21        Q.   If you look at the last page of this
22   article, this is not a quote, it's a paraphrase,
23   you say that you expect -- Knecht said he expects
24   to renew sewer services contracts with other
```

Alpha Reporting                     800-556-8974
A Veritext Company                  www.veritext.com

**Exhibit "F"**

```
 1  be managing the peak flow side of it.
 2       Q.   Okay.  You can set aside the
 3  interrogatories.
 4            You have also been designated to talk
 5  about the city's intentions in entering into the
 6  1975 and '83 agreements.  Are you prepared to
 7  discuss that?
 8       A.   Yes, sir.
 9       Q.   This is already marked as Exhibit 27.
10  This begins on COM 3988.  What is the date on
11  this document?
12       A.   It says October 1974.
13       Q.   What does the document appear to be?
14       A.   It says Executive Summary of Section 208
15  Program for Designated Areas Federal Water
16  Pollution Control Act Amendments of 1972.
17       Q.   Who is it produced by?
18       A.   U.S. Environmental Protection Agency.
19       Q.   If you will look at the third page,
20  3990, and read the first paragraph entitled Goal.
21  You can read it to yourself.
22       A.   Yes, sir.
23       Q.   This document was produced by the city.
24  Is it the city's understanding that that is a
```

Alpha Reporting   800-556-8974
A Veritext Company   www.veritext.com

Exhibit "F"

1  statement by the EPA that the 208 program was
2  designed to encourage area-wide waste treatment?
3      A.   That was the general goal of the 208
4  program.
5      Q.   In this context, specific to the City of
6  Memphis, what does the city understand area wide
7  to mean for 208 planning?
8      A.   Well, I'm aware of multiple planning
9  efforts that were underway, MATCOG, Mississippi
10 Arkansas Tennessee Cooperative Council of
11 Governments.
12      Multiple planning, we're evaluating
13 wastewater opportunities, looked at what would be
14 considered an area, planning area.  I think the
15 concept was to approach anybody and everybody who
16 would be interested in a collective participation
17 in wastewater treatment.
18      The way I look at it is some decided to
19 participated, some did not.  So it was basically
20 a plan, but area was determined based on who
21 wanted to participate.  There was no requirement,
22 and that is why area is not spelled out
23 specifically.  It's more you can do it, but you
24 can choose to do it yourself.

Page 54

**Exhibit "F"**