UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE

# MEDIATION CERTIFICATION

| Case number: 2:19-cv-02864-MSN-cgc | Case title: City of Memphis v. Horn Lake Creek Basin Interceptor Sewer District |
|---|---|
| Plaintiff counsel: | Bruce McMullen, Esq. |
| Defendant counsel: | Keith Turner, Esq. |
| Presiding Judge: Judge Norris | Mediator: David Wade, Esq. |

I, __David Wade__, in accordance with the Court's Plan for Alternative Dispute Resolution, 5.11(b), hereby certify that I conducted mediation proceedings in the above-styled case on __12/9/2022; 1/6/2021__.

As a result of that mediation held on __12/9/2022; 1/6/2021__.

☐ The case has settled in whole.

　☐ Case settled prior to scheduling first mediation session.

　☐ Parties have agreed that _____ will prepare settlement agreement and stipulation for dismissal to be filed with the Court.

☒ The case has not settled.

　☐ Mediation will continue on _____.

　☐ The parties may schedule another session at a later date.

　☒ Mediation is complete. The case will proceed toward trial pursuant to the Court's scheduling order.

Certificate of Service

I hereby certify that a true and correct copy of the foregoing pleading has been served via the Court's Electronic Case Filing system to the following:

| | |
|---|---|
| Bruce McMullen; Keith Turner | |
| Date  2/23/2022 | Electronic signature of Mediator:  s/ David Wade |

Sincerest apologies for inadvertently failing to file this report timely.