

Wendy R. Oliver

*Clerk of Court*

# United States District Court
# Western District of Tennessee

| | |
|---|---|
| **Federal Building** | **Federal Building** |
| 167 North Main Street, Suite 242 | 111 South Highland, Room 262 |
| Memphis, Tennessee 38103 | Jackson, Tennessee 38301 |
| | |
| *901-495-1200 (Telephone)* | *731-421-9200 (Telephone)* |
| *901-495-1250 (Facsimile)* | *731-421-9210 (Facsimile)* |

Date: __6/6/25__

NOTICE:    Retrieval of Exhibits in Case Number: __19-2864__

Dear Counsel:

Our records indicate a final determination of the above case has been entered.

Local Rule 79.1(c) of the United District Court for the Western District of Tennessee specifies:

> After the final determination of any action, counsel shall have 30 days within which to withdraw exhibits in the clerk's custody. In the event the exhibits are not so withdrawn, the clerk shall destroy or otherwise dispose of said exhibits.

You are advised the exhibits in this case may be retrieve by contacting the case processing staff at 901-495-1200. **Such arrangements must be made within 10 days from receipt of this notice. Following that date, absent communication from you, the exhibits will be destroyed.**

**PLEASE REVIEW ATTACHED LIST.**

Destruction date: __6/18/25__

Your cooperation is appreciated.

                                        Sincerely,

                                        Wendy R. Oliver
                                        Clerk of Court

                                        By: __Heasley__
                                        Deputy Clerk

Case 2:19-cv-02864-MSN-cgc   Document 132   Filed 05/30/23   Page 1 of 2   PageID 1657

AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

__Western__ DISTRICT OF __Tennessee__

City of Memphis

v.

Horn Lake Creek Basin Interceptor Sewer District of Desoto County, Mississippi, et al.

## EXHIBIT AND WITNESS LIST

Case Number: 2:19-cv-02864-MSN

| PRESIDING JUDGE<br>Mark S. Norris | | PLAINTIFF'S ATTORNEY<br>Bruce McMullen, Pete Brunson, Karen Glover, Carmalita Drayton | | | DEFENDANT'S ATTORNEY<br>William Orlansky, Keith Turner, William Brown, Mary Brown, Samuel Barber |
|---|---|---|---|---|---|
| PROCEEDING/DATE: Non-Jury Trial:<br>04/10/2023 - 04/13/2023, 4/20/2023 & 05/30/2023 | | COURT REPORTER<br>Lisa Mayo, Candace Covey | | | COURTROOM DEPUTY<br>Zandra Frazier, Bradley Gilmartin |
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
| ✓ | | 4/10/2023 | | | Scott Morgan |
| 1 | | 4/10/2023 | ✓ | ✓ | City of Memphis letter dated March 28, 2018 |
| 2 | | 4/10/2023 | ✓ | ✓ | City of Memphis letter dated October 10, 2018 |
| 3 | | 4/10/2023 | ✓ | ✓ | Fisher & Arnold, Inc. letter dated dated June 24, 2019 |
| 4 | | 4/10/2023 | ✓ | ✓ | Consent Decree |
| 5 | | 4/10/2023 | ✓ | ✓ | U.S. Environmental Protection Agency letter dated March 19, 2018 & IJA Agreement |
| 6 | | 4/10/2023 | ✓ | ✓ | Mississippi Department of Environmental Quality letter dated April 11, 2018 |
| 7 | | 4/10/2023 | ✓ | ✓ | City of Memphis letter dated April 25, 2018 |
| 8 | | 4/10/2023 | ✓ | ✓ | City of Memphis letter dated December 9, 2019 |
| 9 | | 4/10/2023 | ✓ | ✓ | City of Memphis letter dated April 23, 2020 |
| 10 | | 4/10/2023 | ✓ | ID only | Summary Table of Outside Municipal Jurisdiction Customers |
| | 11 | 4/10/2023 | ✓ | ✓ | City of Memphis letter dated October 31, 2022 |
| | 12 | 4/10/2023 | ✓ | ✓ | City of Memphis letter dated November 7, 1980 |
| | 13 | 4/10/2023 | ✓ | ✓ | CDM Smith letter dated July 31, 2018 |
| | 14 | 4/10/2023 | ✓ | ✓ | T.E. Maxson WWTF Process Upgrades Conceptual Design Report dated June 2016 |
| ✓ | | 4/10/2023 | | | Bradley Davis |
| 15 | | 4/10/2023 | ✓ | ✓ | Expert Report |
| 16 | | 4/10/2023 | ✓ | ✓ | Black & Veatch letter dated July 2, 2020 |
| 17 | | 4/10/2023 | ✓ | ✓ | Black & Veatch Nonconnah and Horn Lake Basins Sanitary Sewer System Model Report |
| | ✓ | 4/10/2023 | | | Daniel Jackson |
| | 18 | 4/10/2023 | ✓ | ✓ | CV of Daniel Jackson & RJN Group SSO Model Reports |
| ✓ | | 4/11/2023 | | | Gary D. Shambaugh |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of __2__ Pages

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| City of Memphis | | | | vs. Horn Lake Creek Basin Interceptor Sewer District of Desoto County, Mississippi | CASE NO. 2:19-cv-02864-MSN |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| 19 | | 4/11/2023 | ✓ | ✓ | City of Memphis Sewer System: 2025 Test Year Cost of Study Report |
| ✓ | | 4/11/2023 | | | Richard Michelfelder |
| 20 | | 4/11/2023 | ✓ | ✓ | Expert Report & CV of Richard A. Michelfelder, Ph.D |
| | ✓ | 4/11/2023 | | | Tim Verner |
| | 21 | 4/11/2023 | ✓ | ✓ | Expert Report & CV of Tim Verner |
| | 22 | 4/11/2023 | ✓ | ✓ | Supplemental Agreement |
| | 23 | 4/11/2023 | ✓ | ✓ | Michael Baker, Jr., Inc. memo dated August 17, 1971 |
| | 24 | 4/11/2023 | ✓ | ✓ | Engineering Report & Financial Analysis for Interceptor Sewer System dated June, 1972 |
| | 25 | 4/11/2023 | ✓ | ✓ | Air & Water Pollution Control Commission letter dated April 10, 1973 |
| | 26 | 4/11/2023 | ✓ | ✓ | Air & Water Pollution Control Commission: 3 letters   (coll - 4 pages) |
| | 27 | 4/11/2023 | ✓ | ✓ | Email from Tim Verner dated December 19, 2018 |
| | 28 | 4/11/2023 | ✓ | ✓ | City of Memphis Sewer Map |
| | ✓ | 4/12/2023 | | | Darren Musselwhite |
| | 29 | 4/12/2023 | ✓ | ID only | Utility Rates sheet |
| | ✓ | 4/12/2023 | | | W. Terry Mitchell |
| | 30 | 4/12/2023 | ✓ | ✓ | CV of W. Terry Mitchell |
| | 31 | 4/12/2023 | ✓ | ✓ | W. Terry Mitchell Professional Opinion |
| ✓ | | 4/12/2023 | | | Charles Mason Davis   (deposition testimony read into the record) |
| ✓ | | 4/12/2023 | | | Tim Verner   (deposition testimony read into the record) |
| | ✓ | 4/12/2023 | | | Robert Knecht   (deposition testimony read into the record) |
| ✓ | | 4/20/2023 | | | Robert Knecht |
| | 32 | 4/20/2023 | ✓ | ✓ | City of Memphis Annual Report 10/1/2021-9/30/2022 |
| | ✓ | 4/20/2023 | ✓ | ✓ | Tracy Huffman |
| | 33 | 4/20/2023 | ✓ | ✓ | Desoto County Facilities Map |
| | ✓ | 4/20/2023 | ✓ | ✓ | Nick Schorr |
| | 34 | 4/20/2023 | ✓ | ✓ | Expert Report of Nicholas Schorr |
| | 35 | 4/20/2023 | ✓ | ✓ | Resume of Nicholas Schorr |