IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

CITY OF MEMPHIS                                                                         PLAINTIFF

VS.                                                        CIVIL ACTION NO. No. 2:19-cv-02864-MSN-cgc

HORN LAKE CREEK BASIN INTERCEPTOR
SEWER DISTRICT and DESOTO COUNTY,
MISSISSIPPI                                                                            DEFENDANTS

---

**Horn Lake Creek Basin Interceptor Sewer District's
Fourth Progress Report**

---

This Court's Memorandum Opinion and Order [Doc. # 153] requires Horn Lake Creek Basin Interceptor Sewer District ("District") to file reports every six months that include detailed descriptions and explanation of: (1) its progress toward meeting the deadlines set forth in the construction schedules filed December 29, 2023 [Doc. # 162], and (2) any issues or circumstances that have caused delays, including the impact to the anticipated schedule. The District submitted its Estimated Construction Schedules for two separate projects: the remaining work needed to construct its peak flow storage facility, and construction or expansion of an alternative wastewater treatment facility. This Report includes updates on both projects, which remain on schedule based on the dates provided at [Doc. # 162].

## The Storage Facility

The District's December 30, 2024 filing [Doc. # 174] reported that the contract between the District and Max Foote Construction (the selected contractor for the storage facility project) provides that the project shall be substantially completed by July 25, 2025. The project is on track for substantial completion by that date.

As of the date of this Report, the contractor and its subcontractors have completed 100% of the following components:

- Sewer diversion structure, including the 26 million gallon per day pumping station
- 8.6 million gallon storage basin
- Wet well/bar screen
- Valve vault
- Influent piping
- Electrical building/switchgear
- Generator (installation complete; see below regarding operation)

Pump/valve installation is approximately 90% complete and the effluent drain line is approximately 80% complete. The facility's controls are approximately 20% complete and on schedule for completion by July 25, 2025.

Each previous report has noted that the one issue that has been identified as having potential to cause a delay in the facility becoming operational is the supply chain. In the December 30, 2024 report, the District reported that the standby emergency generator may not be available before the contract deadline of July 25, 2025. Fortunately, the generator is in fact in place, as noted above. However, another crucial component now carries an expected delivery of September 2025. Specifically, the automatic transfer switch (ATS) is a critical connection between the incoming electrical power and the emergency generator. This component must be installed before the system can be made operational. The general contractor and the electrical subcontractor are doing everything in their power to speed delivery of the ATS, but as of the date of this Report the supplier has maintained a September delivery date. As soon as the ATS is delivered and installed, the District will engage in final

startup and commissioning for the facility – a process expected to take no more than one to two weeks.

Photos of the current progress at the site are attached hereto as collective Exhibit "A."

## Long-Term Alternative Treatment

As set forth in previous Reports, the District continues to undertake the project to provide permanent alternative treatment, allowing it to fully disconnect from the City's sewer system, in conjunction with DeSoto County Regional Utility Authority ("DCRUA") pursuant to a December 21, 2023 contract between the two entities. The project involves a major expansion of DCRUA's existing Johnson Creek Wastewater Treatment Facility as well as the necessary improvements to allow the District's wastewater to be properly treated and disposed of from the expanded plant. These include a new pump station and force main to convey the District's untreated wastewater against natural gravity flow south to the Johnson Creek facility for treatment ("Influent Line") and a new pump station and force main to convey all treated effluent to the Mississippi River ("Effluent Line"). Overall, the District and DCRUA are on schedule with respect to the dates set forth at [Doc. 162].

## Funding Efforts

Waggoner Engineering currently estimates the entire project to disconnect the District from the City's sewer system will cost approximately $300 million. DCRUA and the District continue to aggressively seek funding for the project from all potential sources. They have engaged a government-relations firm called Cornerstone Government Affairs to work with policymakers in Washington, DC, and Jackson to secure public funds to offset the costs of construction of the new wastewater treatment facility and related infrastructure. Cornerstone has a team of people at the federal and state levels working with Mississippi's Congressional

delegation, state legislative leadership, the EPA, and MDEQ to identify and pursue public funding opportunities. Their goal over the next several years is to try to secure up to $75 million each from the state and federal sources for the project, and to obtain the remaining $150 million through State Revolving Fund loans.

### *Federal Funding*

Cornerstone led the effort to propose three requests to Mississippi's Congressional delegation for Congressionally Directed Spending/Community Project Funding (earmarks). These requests were targeted at three separate federal funding accounts that have historically funded projects like this:

- U.S. Army Corps of Engineers – Environmental Infrastructure    $15,000,000
- HUD – Economic Development Initiatives    $10,000,000
- EPA – State and Tribal Assistance Grants    $ 5,000,000

The District and DCRUA made two trips to Washington to meet with the Congressional delegation to push for this funding. Cornerstone had multiple other meetings with Congressional staff and committee staff to answer questions and provide justification. Cornerstone expects to see appropriations bills this summer, which will confirm whether those efforts were successful.

The District and DCRUA have also met with leadership at the EPA Office of Water to discuss other federal funding options. Those officials, along with leadership from EPA's Region IV in Atlanta, committed to working with the District and DCRUA on funding options.

*State Funding*

Cornerstone worked with legislative leaders and senior appropriators during the 2025 legislative session that was held from January to March, 2025. Cornerstone requested approximately $20 million for construction, right-of-way acquisition, and design and engineering. Unfortunately, the budget process broke down for a variety of reasons and the legislature had to return for a special session to finalize the appropriations process. As a result of the impasse over negotiations, the legislature funded a relatively flat budget with no money for local projects like this one anywhere in the state.

The state still has a more than $1 billion budget surplus, so Cornerstone is confident the District and DCRUA can push for state funding when the 2026 session convenes in January.

Finally, Cornerstone has met with MDEQ leadership to discuss ways to secure loan funds through the State Revolving Fund.

As stated in the previous Reports, the District and DCRUA presently anticipate utilizing a combination of DCRUA's increased bonding capacity, direct funding, and State Revolving Fund low-interest loans to meet the total financial needs of the project, with any federal funding as an offset to the necessity of using bond funding. DCRUA also maintains the ability to seek an additional increase in its bond capacity as necessary. DCRUA and the District are prepared to seek bond funding as necessary to begin construction of the project on time.

**Design and Construction**

DCRUA's engineers (Waggoner Engineering) have started the engineering design for the required upgrade of the Johnson Creek Wastewater Treatment Facility to include the

effluent pump station/force main, Johnson Creek Solids Handling Infrastructure, and the required influent pump station/force main.

For the District's influent pipeline, Waggoner is working on a 30% design and alignment in order to proceed with maps and deeds for property acquisition. Waggoner is currently considering cost comparisons of larger diameter pipe versus larger pumps. The engineers are also working on compiling preliminary specifications for the pipeline.

For the treatment plant and biosolids processes, Waggoner has completed:

- Design basis process equipment selection
- Process hydraulic profile
- Process layout on existing site
- Process structure sizing

Waggoner is also finalizing its site geotechnical investigation, including site-specific seismic investigation; and developing 30% plans for the treatment process and biosolids.

For the effluent pump station and force main, the design and contract documents are 90% complete and in final review. Waggoner is awaiting the outcome of grant funding efforts to determine bid dates for the effluent pump station and pipeline.

The District remains on schedule to disconnect from the City's sewer system by the Court's stated deadline of October 1, 2031, contingent upon successful funding efforts.

Respectfully submitted, this the 1st day of July, 2025.

                HORN LAKE CREEK BASIN INTERCEPTOR
                SEWER DISTRICT

                By:/s/ W. Abram Orlansky
                    W. Abram Orlansky

OF COUNSEL:

Michael Gwin (MSB No. 5086)
Keith W. Turner (MSB No. 99252)
W. Abram Orlansky (MSB No. 104172)
Watkins & Eager PLLC
400 East Capitol Street
Jackson, Mississippi 39201
Post Office Box 650
Jackson, Mississippi 39205
Telephone: (601) 965-1900
Facsimile: (601) 965-1901
Email: kturner@watkinseager.com
       mgwin@watkinseager.com
       aorlansky@watkinseager.com

William A. Brown (MSB No. 4708)
Mary Lee Walker Brown (MSB No. 4662)
Walker, Brown & Brown, P.A.
Post Office Box 276
Hernando, Mississippi 38632
Telephone: (662) 429-5277
Facsimile: (662) 429-5280
Email: bbrown@wbblaw.us
       marylee@wbblaw.us